**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**DUSHAWN SEAN HOWARD,**

                **Plaintiff,**　　　　　　　**9:20-cv-264**
　　　　　　　　　　　　　　　　　　　　　　　**(GLS/DJS)**

            v.

**SHERIFF D. DAGOSTINO et al.,**

               **Defendants.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:**<br>Dushawn Sean Howard<br>Pro Se<br>19-A-2588<br>Clinton Correctional Facility<br>P.O. Box 2001<br>Dannemora, NY 12929 | |
| **FOR THE DEFENDANTS:**<br>*D. Dagostino & Cufari*<br>Goldberg Segalla, LLP<br><br>8 Southwoods Boulevard<br>Suite 300<br>Albany, NY 12211-2526 | <br><br>JONATHAN M.<br>  BERNSTEIN, ESQ.<br>JAMES F. FAUCHER, II, ESQ. |
| *John Mc Phillips*<br>Phelan, Phelan & Danek, LLP<br>300 Great Oaks Blvd<br>Suite 315<br>Albany, NY 12203 | <br>TIMOTHY S. BRENNAN, ESQ.<br>KATRINA NICOLE VOLLMER,<br>ESQ. |

**Gary L. Sharpe**
**Senior District Judge**

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed January 19, 2022.  (Dkt. No. 43.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 43) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motions for summary judgment  (Dkt. Nos. 23, 31) are **GRANTED**; and it is further

**ORDERED** that the amended complaint (Dkt. No. 7) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

---

[1] After being granted additional time to file objections, (Dkt. No. 45), plaintiff filed a "Notice of Motion for Reargument." (Dkt. No. 46.)  To the extent that document can be construed as objections to the R&R, it lacks any argument whatsoever and triggers error for clear error review only.  *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006).

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 15, 2022
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge